(105 So. 927)

A. L. STEINBACH v. STATE. (2 Div. 359.) (Court of Appeals of Alabama. Nov. 3, 1925.) Appeal from Circuit Court, Marengo County; John McKinley, Judge.

SAMFORD, J. Appeal dismissed.

---

(106 So. 924)

Robert STEWART v. STATE. (6 Div. 908.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Distilling.

SAMFORD, J. Affirmed.

---

(107 So. 927)

Ethel STOCKMAN v. STATE. (4 Div. 204.) (Court of Appeals of Alabama. Feb. 9, 1926.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(109 So. 926)

Mart STONE v. STATE. (7 Div. 209.) (Court of Appeals of Alabama. June 15, 1926.) Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge. Isbell & Scott, of Ft. Payne, for appellant. Harwell G. Davis, Atty. Gen., for the State. Distilling.

SAMFORD, J. Affirmed.

---

(108 So. 926)

Elsworth STRINGFELLOW v. STATE. (1 Div. 651.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. Distilling.

RICE, J. Affirmed.

---

(105 So. 927)

W. R. SUITS v. STATE. (8 Div. 312.) (Court of Appeals of Alabama. June 30, 1925. Rehearing Denied Aug. 4, 1925.) Appeal from Morgan County Court; W. T. Lowe, Judge. Practicing medicine without license. C. L. Price, of Albany, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

SAMFORD, J. There is no dispute as to the facts, which appeals to us strongly; but this case comes under the influence of Williamson v. State, 16 Ala. App. 392, 78 So. 308, and Samples v. State, 19 Ala. App. 478, 98 So. 211. There being no error in the record, the judgment is affirmed. Affirmed.

---

(108 So. 926)

Cicero TANKERSLEY v. STATE. (8 Div. 408.) (Court of Appeals of Alabama. May 25, 1926.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Distilling.

RICE, J. Affirmed.

---

(110 So. 926)

Curtis TANNER v. STATE. (6 Div. 17.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Cullman County; O. Kyle, Judge.

BRICKEN, P. J. Appeal dismissed.